**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

PAULA ARRIETTA,

       Plaintiff,

v.                                       No. 1:19-cv-00055-KG-LF

UNITED STATES OF AMERICA,
Acting U.S. Attorney General Matthew G. Whitaker, and
STATE OF NEW MEXICO,
New Mexico Attorney General Hector Balderas,

       Defendants.

**FINAL JUDGMENT**

       Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion

and Order dismissing Plaintiff's case,

       **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                                                        **UNITED STATES DISTRICT JUDGE**